UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 3:07-cr-00263 |
| | ) JUDGE HAYNES |
| KENNETH KENNEDY, *et al.* | ) |

## MOTION TO MAKE EXHIBITS PART OF THE RECORD

*[Handwritten annotation: GRANTED. This motion is GRANTED. signed 4-4-12]*

Comes now the United States of America, by and through the undersigned attorney, and respectfully moves this court to make the following trial exhibits part of the record for the instant case:

| Government's Trial Exhibit No. | Description |
|---|---|
| No. 56 | SunTrust Funds Transfer Authorization |
| Nos. 57, 58 and 59 | SunTrust Records |
| Nos. 76b, 77a, 77b, 78a and 78b | Promissory notes and canceled checks |
| No. 128, pp. 117, 119-20, 131-134, 152-154, 167 | Records from BB&T, Hopkinsville |
| No. 131, pp. 10, 48 | Pinnacle Bank records |
| Nos. 145, 146, and 147 | U.S. Bank Records |
| No. 154A-E | Fax Documents |
| No. 195 | Chart of transactions associated with Ken Kennedy |
| No. 196 | Chart of funds directed to Ken Kennedy |
| No. 197 | Chart of transactions associated with Ann Scarborough |
| No. 198 | Chart of funds directed to Ann Scarborough |