UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:07-cr-00263 |
| | ) | CHIEF JUDGE CRENSHAW |
| | ) | |
| SHELIA KENNEDY | ) | |
| KENNETH KENNEDY | ) | |
| ANN SCARBOROUGH | ) | |

## ORDER AMENDING JUDGMENTS

The Court has considered the Motion to Amend Judgments by the United States and orders that the previously entered judgments against defendants Sheila Kennedy (December 3, 2010); Kenneth Kennedy (July 12, 2011); and Ann Scarborough (October 3, 2011), be amended as follows:

1. "Appendix A" originally attached to the judgment of Sheila Kennedy, dated December 3, 2010 is replaced by "AMENDED Appendix A," which corrects incomplete and inconsistent victim restitution information.

2. "Appendix A" originally attached to the judgment of Kenneth Kennedy, dated July 12, 2011 is replaced by "AMENDED Appendix A," which corrects incomplete and inconsistent victim restitution information.

3. "Appendix A" originally attached to the judgment of Ann Scarborough, dated October 3, 2011 is replaced by "AMENDED Appendix A," which corrects incomplete and inconsistent victim restitution information.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR
CHIEF UNITED STATES DISTRICT JUDGE